IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IRMA SOLIS, : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION |
| v. : | FILE NO. 1:12-CV-00339-MHS |
| : | |
| PUBLIX SUPER MARKETS, INC., : | |
| : | |
| Defendant : | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, Publix Super Markets, Inc., and pursuant to Fed. R. Civ. P. 7.1(a) hereby files this Disclosure Statement and states that it has no parent corporation and that there is no publicly-held corporation that holds more than 10% of its stock.

This 7th day of February, 2012.

FAIN, MAJOR & BRENNAN, P.C.

BY: */s/ Jennifer L. Nichols*
GENE A. MAJOR
Georgia State Bar No. 466650
JENNIFER L. NICHOLS
Georgia State Bar No. 001294
Attorneys for Publix Super Markets, Inc.

100 Glenridge Point Parkway
Suite 500
Atlanta, Georgia  30342
(404) 688-6633
Email:  jnichols@fainmajor.com

## CERTIFICATION

Pursuant to LR 7.1(D) NDGa., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in LR 5.1B, NDGa.

                FAIN, MAJOR & BRENNAN, P.C.

                */s/ Jennifer L. Nichols*
                JENNIFER L. NICHOLS
                Georgia State Bar No. 001294

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IRMA SOLIS, : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION |
| v. : | FILE NO. 1:12-CV-00339-MHS |
| : | |
| PUBLIX SUPER MARKETS, INC., : | |
| : | |
| Defendant : | |

### CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorney(s) of record.

This 7th day of February, 2012.

               FAIN, MAJOR & BRENNAN, P.C.

               BY: *s/ Jennifer L. Nichols*
                   JENNIFER L. NICHOLS
                   Georgia State Bar No. 001294
                   Attorney for Publix Super Markets, Inc.

100 Glenridge Point Parkway
Suite 500
Atlanta, Georgia  30342
Phone: (404) 688-6633
E-mail: jnichols@fainmajor.com